**Order entered July 5, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00026-CV

**RICHARD GEHRKE AND PACIFIC COMPANIES, INC., Appellants**

**V.**

**MERRITT HAWKINS & ASSOCIATES, LLC, Appellee**

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-09562**

## ORDER

Before the Court is appellants' July 2, 2019 third motion for an extension of time to file a reply brief. We **GRANT** the motion and extend the time to **July 22, 2019**.

/s/     BILL WHITEHILL
          JUSTICE